August 13, 1971

Klinger Appeal.

Argued March 15, 1971. *William D. Hutchinson,* with him *Chester C. Corse, Jr.,* and *Williamson, Friedberg & Jones,* for appellant; *Paris J. DeSantis,* Assistant District Attorney, with him *Richard B. Russell,* District Attorney, for Commonwealth, appellee.

Order affirmed.

SPAULDING, J., concurs in the result.

September 21, 1971

Commonwealth *v.* McFarland, Appellant.

Submitted March 8, 1971. *William H. Saye,* Assistant Public Defender, for appellant; *Jerome T. Foerster,* Assistant District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Order affirmed.